# United States Court of Appeals
## For the First Circuit

No. 25-1079

UNITED STATES,

Appellee,

v.

JOAN ROSADO MALDONADO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on July 6, 2026, is amended as follows:

On page 8, n.2, replace "No. 25-1524" with "No. 24-1524".

On page 9, line 11, replace "No. 25-1524" with "No. 24-1524".